Shirley FRANCIS, on behalf of her
minor child, Sherrod Francis,
Plaintiff–Appellant,

v.

C. James CHRISTY, Etc.;
et al., Defendants,

C. James Christy, Individually and As
Chief of Police of the City of Morgan
City; Gary Pederson, individually and
In His Official Capacity as a Police
Officer for the City of Morgan City;
City Of Morgan City, Defendants–Appellees.

No. 05–30066.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 20, 2005.

Lucretia Patrice Pecantte–Burton, Pecantte–Burton & Burton, New Iberia, LA, for Plaintiff–Appellant.

Nora Montgomery Stelly, Allen & Gooch, Lafayette, LA, for Defendants–Appellees.

Before JONES, WIENER, and
DeMOSS, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Shirley Francis, on behalf of her minor son, Sherrod Francis, appeals from the district court's order granting summary judgment to Defendants–Appellees based on qualified immunity from a § 1983 claim of excessive force. We review the district court's order de novo. *Cousin v. Small,* 325 F.3d 627, 637 (5th Cir.), *cert. denied,* 540 U.S. 826, 124 S.Ct. 181, 157 L.Ed.2d 48 (2003).

Francis argues that Officer Gary Pederson unlawfully detained Sherrod and used excessive force during an encounter at a Wal–Mart store. A review of the record indicates that the district court did not err in determining that Pederson's actions were objectively reasonable under the circumstances as Pederson, who identified himself as an officer, attempted to prevent Sherrod from leaving the store after Sherrod had beaten another boy with a belt. Sherrod was verbally hostile, actively resisted, tried to strike Pederson, and attempted to flee the scene. *See Graham v. Connor,* 490 U.S. 386, 396–97, 109 S.Ct. 1865, 104 L.Ed.2d 443 (1989); *Gutierrez v. City of San Antonio,* 139 F.3d 441, 447 (5th Cir.1998).

Francis has not briefed either the claims raised in the district court against the City of Morgan City and Chief C. James Christy or the state law claims. Accordingly, those claims are deemed abandoned. *See Cinel v. Connick,* 15 F.3d 1338, 1345 (5th Cir.1994).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.